PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LOPEZ MARTINEZ,<br><br>　　　　　Petitioner,<br><br>v.<br><br>WARDEN, FCI-HERLONG,<br><br>　　　　　Respondent. | CASE NO. 2:23-cv-00773 AC P<br><br>[~~PROPOSED~~] ORDER |

On August 9, 2023, Respondent requested an extension of time up to and including August 31, 2023, to file its motion to dismiss or response to Petitioner's 28 U.S.C. § 2241 petition. ECF No. 7.

Good cause appearing, IT IS HEREBY ORDERED that Respondent's request (ECF No. 7) is GRANTED. The response to the petition is now due August 31, 2023.

Dated: August 10, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1