UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MARTINEZ LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI HERLONG,<br><br>Respondent. | No. 2:23-cv-00773 AC<br><br><br><br>ORDER TO SHOW CAUSE |

Petitioner is a federal inmate proceeding pro se and in forma pauperis in this habeas corpus action filed pursuant to 28 U.S.C. § 2241. On August 10, 2023, the court granted respondent's motion for an extension of time to file a response to the petition. ECF No. 8. The response to the petition was due by August 31, 2023. A review of the docket in this case indicates that respondent has failed to timely file a response.

Accordingly, IT IS HEREBY ORDERED that respondent shall show cause within 7 days why sanctions should not be imposed for respondent's failure to comply with a court order.

DATED: October 12, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE