UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MARTINEZ LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI HERLONG,<br><br>Respondent. | No. 2:23-cv-00773-AC<br><br><br><br>ORDER |

On October 19, 2023, respondent filed a motion to dismiss petitioner's federal habeas application filed pursuant to 28 U.S.C. § 2241. Plaintiff has not opposed the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." The court will sua sponte grant petitioner an extension of time to file an opposition to the motion.

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date of this order, petitioner shall file an opposition, if any, to the motion to dismiss. Respondent may file a reply within 14 days from the filing of petitioner's opposition. The motion to dismiss will be deemed submitted on the papers following the expiration of these deadlines.

DATED: December 12, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE